AO 442 (Rev. 10/03) Warrant for Arrest    ORIGINAL

# UNITED STATES DISTRICT COURT
## District of Hawaii

1219279

| UNITED STATES OF AMERICA | WARRANT FOR ARREST |
|---|---|
| V. | Case Number: CR 02-00391SOM-01 |
| JOHN PAZ | |

(Name and Address of Defendant)

To: The United States Marshal and any Authorized United States Officer

YOU ARE HEREBY COMMANDED TO ARREST JOHN PAZ and bring him or her forthwith to the nearest district/ magistrate judge to answer a Probation/Supervised Release Violation Petition, charging him or her with (brief description of offense)

Order to show cause why supervision should not be revoked.

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 1 0 2007

at 9 o'clock and 40 min. A M
SUE BEITIA, CLERK

2006 SEP 21 AM 9:31 RECEIVED U.S. MARSHALS SERVICE HONOLULU, HI.

in violation of Title  United States Code, Section(s) .

| Sue Beitia | Clerk U.S. District Court |
|---|---|
| Name and Title of Issuing Officer | Title of Issuing Officer |
| /s/ | SEPTEMBER 20, 2006 at Honolulu, Hawaii |
| Signature of Issuing Officer/Deputy Clerk | Date and Location |

Bail Fixed at NO BAIL WARRANT     By: Susan Oki Mollway, United States District Judge

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ | | |
| Date Received 9/21/06<br>Date of Arrest 1/9/07 | NAME AND TITLE OF ARRESTING OFFICER<br>Brent C. Nakea<br>SDUSM | SIGNATURE OF ARRESTING OFFICER<br>/s/ Brent C. Nakea |