# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

1/16/2007  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER: CR 02-00391SOM

CASE NAME: USA vs. John Paz

ATTYS FOR PLA: Chris Thomas
Fituina Tua (USPO)

ATTYS FOR DEFT: Pamela Tamashiro

INTERPRETER:

---

JUDGE: Susan Oki Mollway          REPORTER: Debra Chun

DATE: 1/16/2007                    TIME: 11:15 - 11:40

---

COURT ACTION: EP: Order to Show Cause Why Supervised Release Should Not Be Revoked -

Defendant John Paz present and in custody.

Court informs the parties that it is not inclined to proceed with violation no. 2 because the defendant was sentenced before the 9th CCA Stevens case - no objection by the parties.

Defendant admits to violation nos. 1, 3 and 4.

Court finds that there is sufficient evidence to support violations 1, 3 and 4, and the defendant has not met the conditions of supervised release.

Allocution by the defendant.

Supervised release is revoked.

ADJUDGED:

Imprisonment: 5 Months.

Supervised Release: 36 Months.

CONDITIONS:

- That the defendant shall abide by the standard conditions of supervision.

- That the defendant not commit any crimes, federal, state, or local (mandatory condition).

- That the defendant not possess illegal controlled substances (mandatory condition)

- That the defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of commencement of supervision and at least two drug tests thereafter but no more than 8 valid drug tests per month during the term of supervision, unless there is a positive drug test, in which event the maximum shall increase to up to one valid drug test per day.

- That the defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

- That the defendant shall participate in and comply with substance abuse treatment which includes drug and alcohol testing in a program approved by the Probation Office. The defendant is to refrain from the possession and/or use of alcohol while participating in substance abuse treatment.

- That the defendant be placed in Mahoney Hale, a residential reentry center, for up to 180 days at the discretion and direction of the Probation Office. The defendant shall participate in the programs at Mahoney Hale to include employment and job-training opportunities..

- That the defendant provide the Probation Office access to any requested financial information.

JUDICIAL RECOMMENDATION: FDC Honolulu.

Defendant advised of his right to appeal.

Defendant remanded to the custody of the USM.

Mittimus forthwith.

Submitted by: Toni Fujinaga, Courtroom Manager.