AO 245B    (Rev. 6/05) Judgment in a Criminal Case
           Sheet 2 - Imprisonment

CASE NUMBER:    02CR00391-001 SOM                                    Judgment - Page 3 of 5
DEFENDANT:      JOHN PAZ

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: FIVE (5) MONTHS

[✔]    The court makes the following recommendations to the Bureau of Prisons:
       FDC Honolulu.

[✔]    The defendant is remanded to the custody of the United States Marshal.

       FILED IN THE
       UNITED STATES DISTRICT COURT
       DISTRICT OF HAWAII
       FEB 1 2 2007
       at 4 o'clock and 20 min. P M
       SUE BEITIA, CLERK

[ ]    The defendant shall surrender to the United States Marshal for this district.
       [ ] at ___ on ___.
       [ ] as notified by the United States Marshal.

[ ]    The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
       [ ] before _ on ___.
       [ ] as notified by the United States Marshal.
       [ ] as notified by the Probation or Pretrial Services Officer.

## RETURN

I have executed this judgment as follows:

_____

_____

Defendant delivered on 01 FEB 2007 to ~~FEDERAL DETENTION CENTER~~
P.O. BOX 30547
~~HONOLULU, HI 96820~~

at _____, with a certified copy of this judgment.

                                                            John T. Rathman
                                                        ~~UNITED STATES MARSHAL~~
                                                            WARDEN

                                            By    J. Lunin
                                                  ~~Deputy U.S. Marshal~~
                                                  Legal Tech